Glenn M. KINDER, Petitioner/Appellant,

v.

Linda A. KINDER,
Respondent/Respondent.

No. 63651.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1994.

Application to Transfer Denied
May 26, 1994.

William W. Hollander, Wion & Hollander, P.C., Clayton, for petitioner, appellant.

Michael Barry Smallwood, Clayton, for respondent, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Husband appeals certain portions of a dissolution decree relating to non-marital prop-

erty disposition. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence and no error of law appears. A written opinion would have no precedential value. Rule 84.16(b).